UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

JANE MIKE DOE,
        PRO SE PLAINTIFF
4401-A CONNETICUT AVE NW
#275
WASHINGTON, DC 20008

        V.                          CASE #: 1:24-CV-02412-UNA
GOVERNMENT OF THE DISTRICT OF COLUMBIA,
            DEFENDANT,
OFFICE OF ATTORNEY GENERAL
400 6ᵗ STREET NW
WASHINGTON, DC 20001

        MOTION IN SUPPORT OF IPR-STATUS
PRO SE FILES THIS "MOTION IN SUPPORT OF
IPR-STATUS", SEE "EXHIBIT #1" ATTACHED.

**RECEIVED**                    RESPECTFULLY,
DEC 10 2024                     Jane Mike Doe, PRO SE
Clerk, U.S. District & Bankruptcy   JANE MIKE DOE, PRO SE
Courts for the District of Columbia   4401-A CT AVE NW #975, DC, 20008

CERTIFICATE OF SERVICE:
GOVT OF DC, OAG, 400 6ᵗ ST NW, WASHINGTON DC, 20001