UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE MIKE DOE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 24-2412 (ABJ) |
| DISTRICT OF COLUMBIA, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on Defendant District of Columbia's Motion to Dismiss (ECF No. 15). Because a ruling on the motion may dispose of this case, the Court hereby advises the *pro se* plaintiff of her obligations under the Federal Rules of Civil Procedure and the rules of this Court. *See Neal v. Kelly*, 963 F.2d 453, 456 (D.C. Cir. 1992); *Fox v. Strickland*, 837 F.2d 507, 509 (D.C. Cir. 1988).

Plaintiff is advised that the Court will rule on defendant's motion taking into consideration the facts proffered in the complaint, along with plaintiff's response or opposition to the motion. Plaintiff's attention is directed to Local Civil Rule 7(b), which states:

> Within . . . such . . . time as the court may direct, an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion. If such a memorandum is not filed within the prescribed time, the court may treat the motion as conceded.

LCvR 7(b). Additionally, plaintiff is directed to Rule 6(d) of the Federal Rules of Civil Procedure which provides:

1

> When a party may or must act within a specified time after service and service is made [by mail or by other means consented to in writing by the person served], 3 days are added after the period would otherwise expire . . . .

Fed. R. Civ. P. 6(d).  The Court may treat as conceded any motion not opposed within the time limits outlined below.  Alternatively, the Court may consider on the merits any motion not opposed within the time limits outlined below.  Thus, failure to respond to defendant's motion in this case carries with it the risk that the case will be dismissed.

Accordingly, it is hereby

ORDERED that plaintiff shall file an opposition or other response to defendant's motion to dismiss by **February 28, 2025**.  If plaintiff does not file a timely response, the Court will rule on defendant's motion without the benefit of plaintiff's position.

SO ORDERED.

/s/
AMY BERMAN JACKSON
United States District Judge

DATE: January 27, 2025