# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
JANE MIKE DOE,                          )
                                        )
                  Plaintiff,            )
                                        )
        v.                              )        Civil Action No. 24-2412 (ABJ)
                                        )
DISTRICT OF COLUMBIA,                   )
                                        )
                  Defendant.            )
_____ )


## <u>ORDER</u>

It is hereby

ORDERED that plaintiff's motion to proceed under pseudonym [11] is GRANTED; it is further

ORDERED that the District of Columbia's motion to dismiss [15] is GRANTED for the reasons stated in the accompanying Memorandum Opinion; it is further

ORDERED that plaintiff's motions for CM/ECF password [38] and for hearing [60] are DENIED WITHOUT PREJUDICE; and it is further

ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE.

This is a final appealable Order

SO ORDERED.

DATE: September 30, 2025                 /s/
                                        AMY BERMAN JACKSON
                                        United States District Judge