UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

JANE MIKE DOE
PLAINTIFF

VS.

JC GOVT
DEFENDANT(S)

CASE NO. 1:24-CV-02412-ABJ

**NOTICE** OF APPEAL
OF 9-30-2025 ORDER

PRO SE'S "NOTICE OF APPEAL OF 9-30-2025 ORDER" TO DC CIRCUIT, OCT. 1-2025.

CC: C. COUGHLIN, ESQ.
DC AG-OAG
400 6th ST NW
WASH., DC, 20001

Signature: Jane Mike Doe, PRO SE
Name: JANE MIKE DOE, PRO SE
Address: 4401-K CT AVE NW #275
City: WASH., State: DC, Zip: 20008

RECEIVED
OCT 01 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

OCT. 1-2025

Rev: 8/8/2024
*Use additional pages as needed

UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA

JANE MIKE DOE
PLAINTIFF

VS.

DC GOVT
DEFENDANT(S)

CASE NO. 1:24-CV-02412-ABJ

**NOTICE** OF APPEAL OF 9-30-2025 OPINION & MEMO

PRO SE'S "NOTICE OF APPEAL OF 9-30-2025 OPINION & MEMO", TO DC CIRCUIT, OCT. 1= 2025.

COS: C. COUGHLIN, ESQ.
DC AG - OAG
400 6ª ST NW
WASH., DC, 20001

Signature: Jane Mike Doe, PRO SE
Name: JANE MIKE DOE, PRO SE
Address: 440 I-A CT AVE NW #275
City/State/Zip: WASH, DC, 20008

Rev: 8/8/2024
*Use additional pages as needed

RECEIVED
OCT 01 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

OCT. 1= 2025